**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Everett L. Page,

Plaintiff,

**ORDER**
Civil No. 01-696 ADM/SRN

v.

Northstar Auto Auction,

Defendant.

---

Everett L. Page, *pro se*.

Peter D. Gray, Esq., Rider, Bennett, Egan & Arundel, Minneapolis, MN, appeared on behalf of Defendant.

---

On September 14, 2001, the undersigned United States District Judge heard Defendant Northstar Auto Auction's Motion to Dismiss [Doc. No. 6]. Although Plaintiff Page did not file a response to Defendant's Motion, he did appear in court *pro se* to present his arguments. Magistrate Judge Nelson's Order [Doc. No. 3] explicitly instructed Plaintiff to file an amended complaint within 20 days after the date of the order to prevent the case from being dismissed. Plaintiff never filed an amended complaint. Failure to comply with a court order to file an amended complaint constitutes a violation of Fed. R. Civ. P. 41(b) for failure to prosecute. A dismissal under Rule 41(b) operates as an adjudication on the merits. *See* Fed. R. Civ. P. 41(b). Additionally, as determined by Judge Nelson on pages 2-3 of her Order, Plaintiff's complaint contains an insufficient statement of a factual basis for a claim. This constitutes grounds for dismissal under Fed. R. Civ. P. 8(a) for failure to state facts sufficient to establish a claim showing an entitlement to relief in a notice pleading, and under Fed. R. Civ. P. 12(b)6 for failure

FILED SEP 14 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD SEP 14 2001
DEPUTY CLERK

to state a claim upon which relief can be granted. Plaintiff was notified in his January 23, 2001, Right to Sue letter issued by the United States Equal Employment Opportunity Commission that he must file suit under Title VII within 90 days or else forfeit his right to sue. On May 10, 2001, Plaintiff was notified by the Minnesota Department of Human Rights that he had 45 days to commence suit under the Minnesota Human Rights Act. No action was taken by Plaintiff regarding either potential suit within the specified time.

Based upon the arguments of counsel and Plaintiff, together with all of the files, records and proceedings, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss [Doc. No. 6] is **GRANTED** and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Dated: September 14, 2001

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building<br>316 North Robert Street<br>St. Paul, MN 55101<br>(651) 848-1100

202 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>(612) 664-5000

417 U. S. Courthouse<br>515 West First Street<br>Duluth, MN 55802<br>(218) 529-3500

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

### Prehearing Conference Program

The United States Court of Appeals for the Eighth Circuit has established an early intervention Prehearing Conference Program. The purpose of the program is twofold: (1) to facilitate settlement discussions in civil cases by providing an impartial atmosphere for an open discussion of the case and alternative methods of disposition and (2) to promote the delineation of issues, early resolution of procedural problems, and effective administration of an appeal throughout the appellate process. See 8th Cir. R. 33A.

The program is directed by Mr. John Martin. Mr. Martin screens newly filed appeals based on information furnished by both appellants and appellees in the court's Appeal Information Forms A and B. Contact with counsel is by telephone and in personal conferences held in several cities throughout the Circuit. All communications with Mr. Martin are confidential. Counsel can openly discuss and evaluate the issues and explore alternatives in a non-adversarial setting without fear that the subsequent processing of the appeal or ultimate disposition of the case will be adversely affected by participation in the program.

Participation in the program is voluntary. However, the Court strongly encourages your participation and cooperation. Over the past twenty years, the program has enabled many appellate litigants to achieve mutually satisfactory resolution of certain issues or an overall settlement prior to progressing through all stages of the appellate process. Issue delineation enables counsel to focus only on those issues that need judicial resolution. The program has helped relieve the ever-increasing caseload confronting the Court, and it has also saved litigants and attorneys substantial amounts of time and money.

In order for the program to function effectively certain information must be provided at the initiation of the appeal. *Eighth Circuit Rule 3B directs each civil appellant to: (1) file a completed Appeal Information Form A with the Notice of Appeal at the time the Notice is filed with the District Court clerk and (2) forward a copy of the completed Form A and a copy of Appeal Information Form B to the appellee for completion.* Appellee may complete Form B and send it to the clerk of the Court of Appeals. If you have any questions about the Prehearing Conference Program or the Appeal Information Forms, please contact Mr. Martin at (314)-539-3669.

Forms A and B are available from the District Court clerk and the Court of Appeals clerk and can be found at the Court of Appeals' web site at: www.ca8.uscourts.gov

*June 1, 2000*

Forms/8thcircuitprehearingconf.wpd